UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

WINSTON CAMPBELL,

                                    Petitioner,

        -against-

BRIAN FISCHER, Superintendent,

                                    Respondent.
-------------------------------------------------------------------X

JUDGMENT
06-CV-2268 (JG)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 17 2006 ★

**BROOKLYN OFFICE**

        An Order of Honorable John Gleeson, United States District Judge, having been

filed on November 16, 2006, denying the petition for a writ of habeas corpus; and ordering

that a Certificate of Appealability shall not issue; it is

        ORDERED and ADJUDGED that petitioner take nothing of the respondent; that

the petition for a writ of habeas corpus is denied; and that a Certificate of Appealability shall

not issue.

Dated:  Brooklyn, New York
        December 05, 2006

                                    s/Robert C. Heinemann
                                    ROBERT C. HEINEMANN
                                    Clerk of Court